UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 03 B 49149
   DORIS C MCWILLIAMS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-5745
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/04/03 and confirmed on 02/24/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 136061.85 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | 70378.44 | .00 | 70378.44 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 34273.86 | .00 | 34273.86 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5739.93 | .00 | 5331.33 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6590.42 | .00 | 6121.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7909.21 | .00 | 7346.20 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4732.53 | .00 | 4395.65 |
| FIA CARD SERVICES | UNSECURED | 993.23 | .00 | 922.53 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PRUDENTIAL INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 149.20 | .00 | 138.58 |

        Summary of disbursements:
---
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 104652.30 | .00 | 26114.52 | .00 | 130766.82 |
| PRINCIPAL PAID | 104652.30 | .00 | 24255.57 | .00 | 128907.87 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 104652.30 | .00 | 24255.57 | .00 | 128907.87 |

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00
and was paid $   2000.00  direct and $    700.00  through the plan.

The Trustee received $   6242.13 .

Refunds to the Debtor totaled $     211.85 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/13/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```